A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Apr 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Apr 14, 2010**

FILED
CLERK'S OFFICE

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION

MDL No. 1943

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-23)

On June 13, 2008, the Panel transferred seven civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 560 F.Supp.2d 1384 (J.P.M.L. 2008). Since that time, 62 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 13, 2008, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 29, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy
of the record in my custody.
CERTIFIED, 4/30 20 10
Richard D. Sletten, Clerk

BY: _____ sheet(s)

**IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION**                                      MDL No. 1943

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**        **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC   2    10-1929     Mark Semos, et al. v. Ortho-McNeil Janssen Pharmaceuticals, Inc.,
                       et al.                                          10-1906 JRT

**CALIFORNIA NORTHERN**
CAN   3    10-41      James Willis v. Johnson & Johnson, et al.   10- 1907      JRT
CAN   3    10-42      Christine Ellen Bell v. Johnson & Johnson, et al. 10-1908  JRT
CAN   3    10-43      Joy Allen v. Johnson & Johnson, et al.      10-1909       JRT
CAN   3    10-44      William F. Slattery v. Johnson & Johnson, et al. 10-1910  JRT
CAN   3    10-45      Tammy L. Hoffmann v. Johnson & Johnson, et al. 10-1911    JRT
CAN   3    10-46      Iris Berman v. Johnson & Johnson, et al.    10-1912       JRT
CAN   3    10-47      Charles R. Hoover v. Johnson & Johnson, et al. 10-1913    JRT
CAN   4    10-119     Marvina Hoots v. Johnson & Johnson, et al.  10 - 1914     JRT

**COLORADO**
CO    1    10-315     Bonnie Schriner v. Johnson & Johnson, et al. 10-1915   JRT